**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

SUSQUEHANNA COMMERCIAL
FINANCE, INC.,

    Plaintiff,

v.                                          Case No:  2:12-mc-25-Ftm-29SPC

CYPRESS MEDICAL ASSOCIATES,
INC.,

    Defendant.
_____/

## ORDER

This matter comes before the Court on Plaintiff's Motion for Writ of Garnishment (Doc. #3) filed on February 28, 2013.  A foreign judgment in the amount of $299,046.76, plus interest, costs of suit, post judgment interest at the statutory rate, post judgment court costs, and post judgment attorney's fees to accrue from May 11, 2012, was registered with this Court on July 2, 2012 (Doc. #1).

Plaintiff filed the instant Motion requesting the Court issue a writ on garnishee First American Bank, which is believed to be in possession of money or other personal property owned to or belonging with the Defendant.  The Court finds the request is due to be granted.

Accordingly, it is now

**ORDERED:**

Plaintiff's Motion for Writ of Garnishment (Doc. #3) is **GRANTED**.  The Clerk of Court is directed to issue the Writ of Garnishment attached to the instant Motion on First American Bank, 9311 College Parkway, Fort Myers, Florida 33904.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of March, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record