**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

SUSQUEHANNA COMMERCIAL
FINANCE, INC.,

    Plaintiff,

v.                                             Case No:  2:12-mc-25-Ftm-29SPC

CYPRESS MEDICAL ASSOCIATES,
INC.,

    Defendant,

And

FIRST AMERICAN BANK,

    Garnishee.
_____/


**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

      This matter comes before the Court on Motion for Final Judgment of Garnishment (Doc. #11) filed on April 12, 2013.

      On July 2, 2012, a registration of foreign judgment was filed by Plaintiff Susquehanna Commercial Finance, Inc. (Doc. #1) for $299,046.76 against the Defendants, jointly and severally, and in favor of the Plaintiff. On February 29, 2013, Plaintiff filed a Motion for Writ of Garnishment (Doc. #3), which was granted by the Court on March 6, 2013 (Doc. #4). The writ was issued to First American Bank regarding the Defendants on March 3, 2013 (Doc. #5). On

March 12, 2013, the Garnishee filed its Answer of Garnishee (Doc. # 7) and stated that it held the sum of $4,469.65 in the name of Defendant Robert Difronzo.

The Plaintiff now moves the Court for entry of final judgment in garnishment. The Court has entered its judgment and the Writ of Garnishment has been properly served. Chapter 77 of the Florida Statutes addresses garnishment procedures. §77.083, entitled "Judgment," provides:

> ***Judgment against the garnishee on the garnishee's answer*** or after trial of a reply to the garnishee's answer ***shall be entered*** for the amount of his or her liability as disclosed by the answer or trial. Instead of scire facias, the court may subpoena the garnishee to inquire about his or her liability to or possession of property of the defendant. No judgment in excess of the amount remaining unpaid on the final judgment against the defendant or in excess of the amount of the liability of the garnishee to the defendant, whichever is less, shall be entered against the garnishee.

Fla. Stat. §77.083 (emphasis added).

The Plaintiff seeks a judgment against the Garnishee, First American Bank for the amount set forth in the Garnishee's Answer (Doc. # 7) specifically, $4,469.65. The judgment the Plaintiff seeks against the Garnishee First American Bank in the amount of $4,469.65 is less than the Judgment for $299,046.76 against the Defendants, Cypress Medical Associates, Inc. and Robert Difronzo, individually.

The Court recommends that good cause exists to grant the Motion for a Final Judgment against the Garnishee First American Bank pursuant to Fla. Stat. §77.083.

Accordingly, it is now

**RECOMMENDED:**

Motion for Final Judgment of Garnishment (Doc. #11) be **GRANTED**, and a final judgment be entered against the Garnishee National Bank in the amount of $4,469.65.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**Respectfully recommended** at Fort Myers, Florida, this 15th day of April, 2013.

/s/ Sheri Polster Chappell
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record