```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                       FORT MYERS DIVISION
```

SUSQUEHANNA COMMERCIAL FINANCE, INC.,

        Plaintiff,

vs.                                    Case No. 2:12-mc-25-FtM-29SPC

CYPRESS MEDICAL ASSOCIATES OF SWFL, INC. and ROBERT DIFRONZO,

        Defendants.

FIRST AMERICAN BANK,

        Garnishee.

_____

## OPINION AND ORDER

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #12), filed April 16, 2013, recommending that the Motion for Final Judgment in Garnishment (Doc. #11) be granted and final judgment be entered against the Garnishee, National Bank. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9

(11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #12) is hereby **adopted** and the findings incorporated herein.

2. The Motion for Final Judgment in Garnishment (Doc. #11) is **GRANTED**.

3. The Clerk shall enter judgment in favor of Plaintiff, SUSQUEHANNA COMMERCIAL FINANCE, INC., and against Garnishee, FIRST AMERICAN BANK, in the principal amount of $4,469.65.

4. FIRST AMERICAN BANK is hereby ordered to release the $4,469.65 to Plaintiff's attorneys, made payable to Eric B. Zwiebel, P.A., Trust Account, and mail to 7900 Peters Road, Building B, Suite 100, Plantation, Florida 33324, within **ten (10) days** from the date of this Order.

5. The Clerk is further directed to release Plaintiff's Garnishment Deposit in the amount of One Hundred Dollars ($100.00)[FTM004151] to Garnishee's Attorney, Brian M. Silverio, Esquire, SILVERIO & HALL, P.A., 255 8th Street South, Naples, FL 34102, and to close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __13th__ day of May, 2013.

_____
JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Counsel of Record
Unrepresented parties